**Order entered July 18, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-01655-CV

**LULLY'S INC. D/B/A/ THE RIGHT ONE, Appellant**

**V.**

**MELANIE MATTOON, DAVID BOGNER, ET AL, Appellees**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-03363**

## ORDER

We abated this appeal to allow time for the approval of a settlement agreement by the Bankruptcy Court. By motion filed July 11, 2014, the parties inform us the agreement has been approved and request the appeal be dismissed. Accordingly, we **REINSTATE** the appeal. We will dismiss the appeal by separate opinion.

/s/      CAROLYN WRIGHT
CHIEF JUSTICE